UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 | No. C-10-02932-DMR |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DAOUST ELECTRIC | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the case management conference before Magistrate Judge Donna M. Ryu set for **October 13, 2010 at 1:30 p.m.** is VACATED pending the hearing on Plaintiff's Motion for Default Judgment.

**Immediately upon receipt of this Order, Plaintiff IBEW Local 595 Trust Funds shall serve this Order upon Defendant Daoust Electric, Inc. and shall e-file a proof of service on the same day that service is effected.**

IT IS SO ORDERED.

Dated: September 20, 2010

_____
DONNA M. RYU
United States Magistrate Judge

sc-vacated