UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595, et al. | No. C-10-02932 DMR |
| Plaintiffs, | **ORDER REGARDING SUPPLEMENTAL INFORMATION** |
| v. | |
| DAOUST ELECTRIC, INC. | |
| Defendant. | |

Having reviewed Plaintiffs' Motion for Default Judgment (Docket No. 5), this Court hereby orders Plaintiffs to submit supplemental information in support of the Motion as follows, no later than **October 27, 2010:**

(1) A further declaration establishing that proper service of Plaintiffs' Complaint (Docket No. 1) was effected on Defendant Daoust Electric, Inc. pursuant to Federal Rule of Civil Procedure 4;

(2) A further declaration establishing that Defendant is not a minor, incompetent person, or a person in the military services, or otherwise exempt from default judgment; and

(3) An amended declaration and/or exhibits thereto to reconcile the figures in the Employer Delinquency Reports, Exhibit 3 to the Declaration of Maria Carrillo In Support of Application for Default Judgment (Docket No. 10), with the amounts sought by Plaintiffs for delinquent contributions, interest, and liquidated damages.

The grand totals that appear in the Employer Delinquency Reports do not match the figures in Ms. Carrillo's Declaration at paragraphs 7, 8, 9, and 10.

Immediately upon receipt of this Order, Plaintiffs shall serve a copy of this Order on Defendant Daoust Electric, Inc. and shall e-file a proof of service on the same day that service is effected. At the same time Plaintiffs' supplemental information as ordered herein is submitted to the Court, Plaintiffs shall serve Defendant with a copy of the supplemental information and file a proof of service with the Court. Service by Plaintiffs may be made by mail.

IT IS SO ORDERED.

Dated: October 18, 2010

_____
DONNA M. RYU
United States Magistrate Judge