UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595, et al., | No. C-10-02932 DMR |
| Plaintiffs, | **ORDER REGARDING FURTHER SUPPLEMENTAL INFORMATION** |
| v. | |
| DAOUST ELECTRIC, INC. | |
| Defendant. _____/ | |

The Court is in receipt of the supplemental information filed by Plaintiffs in support of Plaintiffs' Application for Default Judgment. *See* Docket Nos. 26 & 27. This Court hereby orders Plaintiffs to submit the following additional information in support of the Motion as follows, **no later than November 5, 2010:** a further declaration clarifying whether and how "Brian Daoust" is a person authorized to receive service of process on behalf of Defendant Daoust Electric, Inc. The Second Declaration of Phil A. Thomas in Support of Plaintiffs' Application for Default Judgment (Docket No. 26) states that "Defendant's agent Brian Daoust" was personally served at Defendant Daoust Electric, Inc.'s address in Livermore, California. However, Exhibit B to the Declaration of Victor Uno in Support of Plaintiffs' Application for Default Judgment (Docket No. 12) was signed by an individual named *Brant* R. Daoust, listed as President of Daoust Electric.

If Plaintiffs' Proof of Service (Docket No. 4) contains a typographical error, Plaintiffs are ordered to cure the defect and file an amended proof of service with the Court, along with a

supporting declaration explaining the error and establishing that service was validly effected on Brant R. Daoust as the proper person authorized to receive service of process on behalf of Defendant Daoust Electric, Inc., **no later than November 5, 2010.**

**Immediately upon receipt of this order, Plaintiffs shall serve a copy of this order on Defendant Daoust Electric, Inc., and file a proof of service with the Court. At the same time Plaintiffs' further supplemental declaration as ordered herein is submitted to the Court, Plaintiffs shall serve Defendant Daoust Electric, Inc. with a copy and file a proof of service with the Court.** Service by Plaintiffs may be made by mail. The Court notes that Plaintiffs have failed to comply with the Court's previous order to file a proof of service with the Court, *see* Docket No. 23, and Plaintiffs are therefore ordered to immediately comply with the Court's previous order.

IT IS SO ORDERED.

Dated: November 1, 2010

_____
DONNA M. RYU
United States Magistrate Judge

2