UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAOUST ELECTRIC, INC.,<br><br>    Defendant.<br>_____/ | No. C-10-02932-DMR<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER AND VACATING HEARING DATE** |

On November 1, 2010, this Court issued an Order Regarding Further Supplemental Information, ordering Plaintiffs to file an amended proof of service of the complaint and summons on Defendant Daoust Electric, Inc. by no later than November 5, 2010. *See* Docket No. 30. On November 2, 2010, Plaintiffs filed a Third Declaration of Phil A. Thomas in Support of Plaintiffs' Application for Default Judgment but did not comply with the Order. *See* Docket No. 31.

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Application for Default Judgment scheduled for November 10, 2010 at 2:00 p.m. is VACATED. Plaintiffs shall file a pleading with the Court **by no later than November 15, 2010** explaining their failure to comply with the November 1, 2010 Order, and explaining why this Court should not issue a Report and Recommendation on Plaintiff's Application for Default Judgment recommending the Application be denied due to Plaintiffs' failure to effect proper service of the complaint and summons on Defendant Daoust Electric, Inc.

IT IS SO ORDERED.

Dated: November 8, 2010

_____
DONNA M. RYU
United States Magistrate Judge