CHRISTINE S. HWANG (SBN 184549)
SARA B. TOSDAL (SBN 280322)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
stosdal@leonardcarder.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS et al.<br><br>Plaintiffs,<br><br>v.<br><br>DAOUST ELECTRIC, INC. et al.<br><br>Defendants. | Case No.  4:10-cv-2932-SBA<br><br>[~~PROPOSED~~] ORDER |

Having reviewed Plaintiffs' Ex Parte Application to Continue Judgment Debtor Examination, it is hereby ORDERED that Defendant Daoust Electric, Inc. shall appear before this Court on Wednesday, October 23, 2013, at ~~9:00~~ 10:00 am for a judgment debtor examination.

IT IS SO ORDERED.

Dated:   August 19, 2013         _____
Hon. [illegible]
United St[ates]



GRANTED
Judge Nathanael M. Cousins

---

[~~PROPOSED~~] ORDER
CASE NO. 4:10-cv-2932-SBA