CHRISTINE S. HWANG (SBN 184549)
SARA B. TOSDAL (SBN 280322)
ANNA L. SCHOLIN (SBN 283904)
LEONARD CARDER, LLP
1188 Franklin St Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
stosdal@leonardcarder.com
ascholin@leonardcarder.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS, et al., | Case No. 4:10-cv-02932-SBA |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] ORDER |
| DAOUST ELECTRIC INC. | |
| Defendants. | |

Having reviewed Plaintiffs' Request to Vacate the Debtor Examination, it is hereby ORDERED that the judgment debtor examination of Defendant Daoust Electric Inc., scheduled before this Court for Wednesday, February 19, 2014, be vacated.

IT IS SO ORDERED.

Dated: February 4, 2014            _____
                                    Hon. Nathanael M. C
                                    United States Magistr

**GRANTED**
Judge Nathanael M. Cousins